# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0771

VERSUS

DONALD RAY MAGEE, JR.

**OCTOBER 1, 2021**

---

In Re:    Donald Ray Magee, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-114111.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT